IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOR THE FOURTH DIVISION

Donaldson Co., Inc.,

Plaintiff,

v.

Brandon International, Inc.,

Defendant.

Court File No.: 02-CV-243 ADM/SRN

**STIPULATION FOR EXTENSION OF TIME AND PROPOSED ORDER**

WHEREAS, the parties to this Stipulation are Plaintiff Donaldson Co., Inc. ("Plaintiff") and Defendant Brandon International, Inc. ("Defendant"); and

WHEREAS, Defendant has requested additional time until March 26, 2001 to Answer or otherwise respond to the Complaint, and Plaintiff has agreed to such extension.

THEREFORE, the parties hereby stipulate and agree:

1. Defendant may have until and through March 26, 2001 to Answer or otherwise respond to the Complaint.

Dated: March 12, 2002

Keith S. Moheban (#216380)

**LEONARD, STREET AND DEINARD**
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
Telephone: (612) 335-1544

**ATTORNEYS FOR DEFENDANT**

1943016v1

FILED 3-13-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: March 12, 2002

Albert L. Underhill (#111746)

**MERCHANT & GOULD**
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 336-4631

**ATTORNEYS FOR PLAINTIFF**

**ORDER**

This matter comes before the Court on the parties' Stipulation for Extension of Time to Answer or otherwise respond to the Complaint. Based on the foregoing Stipulation and all the files and proceedings herein, the Court makes the following Order:

1. Defendant shall have until and through March 26, 2001 to Answer or otherwise respond to the Complaint.

Dated: March 13, 2002

Honorable Ann D. Montgomery
Judge of District Court