**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Donaldson Company, Inc.,**

**Plaintiff,**

**v.**

**Brandan International, Inc.,**

**Defendant.**

**Civil No. 02-243 ADM/SRN**

**ORDER OF RECUSAL**

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: April 1, 2002

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

FILED APR 02 2002
Richard D. Sletten, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Donaldson Co v. Brandan International CIVIL 02-243 ADM/AJB

The magistrate on this action is now Magistrate Judge Arthur J. Boylan