IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOR THE FOURTH DIVISION

Donaldson Corporation,

Plaintiff,

v.

Brandon International,

Defendant.

Court File No.: 02-CV-243 ADM/SRN

**STIPULATION FOR EXTENSION OF TIME AND ~~PROPOSED~~ ORDER**

WHEREAS, the parties to this Stipulation are Plaintiff Donaldson Co., Inc. ("Plaintiff") and Defendant Brandon International, Inc. ("Defendant"); and

WHEREAS, the parties previously submitted a stipulated request for extension of time until March 26, 2002 for Defendant to Answer or otherwise respond to the Complaint, and the Court entered an order approving such extension; and

WHEREAS, the parties submitted a second stipulated request for extension of time until April 9, 2002 for Defendant to Answer or otherwise respond to the Complaint, and the Court entered an order approving such extension; and

WHEREAS, the parties submitted a third stipulated request for extension of time until May 1, 2002 for Defendant to Answer or otherwise respond to the Complaint, and the Court entered an order approving such extension; and

WHEREAS, the parties have now reached a tentative settlement of the matter, are in the process of documenting the settlement, and expect to circulate a settlement agreement during the week of May 6, 2002 ; and

2193286v1

FILED MAY 01 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WHEREAS, in light of the foregoing the parties desire to avoid further costs of litigation and focus their attention entirely on documenting and finalizing the tentative settlement, which desire and the interests of the court would be served by a further extension of time to respond to the Complaint; and

WHEREAS, by this stipulation the parties recommend the same to the Court and request that the extension be granted;

THEREFORE, the parties hereby stipulate and agree:

1. Defendant may have until and through May 14, 2002 to Answer or otherwise respond to the Complaint.

Dated: April 30, 2002

Keith S. Mohcban (#216380)

**LEONARD, STREET AND DEINARD**
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
Telephone: (612) 335-1544

**ATTORNEYS FOR DEFENDANT**

Dated: April 30, 2002

Albert L. Underhill (#111740)

**MERCHANT & GOULD**
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 336-4631

**ATTORNEYS FOR PLAINTIFF**

**ORDER**

This matter comes before the Court on the parties' Stipulation for Extension of Time to Answer or otherwise respond to the Complaint. Based on the foregoing Stipulation and all the files and proceedings herein, the Court makes the following Order:

1. Defendant shall have until and through May 14, 2002 to Answer or otherwise respond to the Complaint.

Dated: May 1, 2002

Honorable Ann D. Montgomery
Judge of District Court